IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-1010-PSF-MJW

JOHN RAY SWIGER,

    Applicant,

v.

LARRY REID, and
KEN SALAZAR, The Attorney General of the State of Colorado,

    Respondents.

**ORDER ON CERTIFICATE OF APPEALABILITY**

    This matter is before the Court on Petitioner's Request for Certificate of Appealability (Dkt. # 15) filed June 8, 2005.  In the Request, Mr. Swiger asks that he be granted a certificate of appealability, because the case is of constitutional value and merits further review in light of the recent U.S. Supreme Court's decision in *United States v. Booker*, 125 S. Ct. 738 (2005).

    A certificate of appealability is proper once the Application for a Writ of Habeas Corpus has been dealt with in a dispositive manner.  *See* Fed. R. App. P. 22(a).  The action currently is pending review before the Court.  A request for a certificate of appealability, therefore, is premature.  Accordingly, it is

ORDERED that Applicant's Request for Certificate of Appealablity, filed June 8, 2005, is premature and is DENIED with leave to renew when appropriate.

DATED: January 18, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge