IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-cv-01010-PSF-MJW**

JOHN RAY SWIGER,

Plaintiff,

v.

LARRY REID, et al.,

Defendants.

MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

    It is hereby ORDERED that the Motion Requesting Register of Action, filed with the Court on June 16, 2006, (DN 17) is GRANTED.

    It is FURTHER ORDERED that the Clerk of the Court shall prepare a copy of the court's docket sheet and provide it to the pro se Plaintiff, along with a copy of this order and place it into the U.S. Mail, proper postage affixed thereto.

Date:  June 20, 2006