IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01010-PSF-MJW

JOHN RAY SWIGER,

Plaintiff,

v.

LARRY REID, et al.,

Defendants.

---

## ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

Before the court is the petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

It is hereby **ORDERED** that on or before April 10, 2007, the Clerk of the District Court of Adams County, Colorado, shall provide to this court the original written record of Adams County Case No. 95CR151, <u>People v. John Ray Swiger</u>.

It is further **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the District Court of Adams County by Facsimile to (303) 654-3216 and by regular mail to Clerk of the District Court of Adams County, Adams County Justice Center, 1100 Judicial Center Drive, Brighton CO 80601.

Done this 28th day of March, 2007.

BY THE COURT:

/s/ Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2007, a copy of the foregoing document was served on the Clerk of the District Court of Adams County by Facsimile to (303) 654-3216 and by regular mail to Clerk of the District Court of Adams County, Adams County Justice Center, 1100 Judicial Center Drive, Brighton CO 80601.

*Shelley L W*
Deputy Clerk