IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-cv-01010-PSF-MJW**

JOHN RAY SWIGER,

Plaintiff,

v.

LARRY REID, et al.,

Defendants.

MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Petitioner's Motion Requesting Register of Actions, DN 22, filed with the Court on August 23, 2007, is GRANTED.

The clerk of the court shall make a copy of the Court's Docket Sheet and mail a copy of same to the Petitioner at the address provided on the court's CM/ECF System, and file a Certificate of Mailing into this case to show compliance with this order.

Date: August 24, 2007