**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 04-cv-01010-LTB-MJW

JOHN RAY SWIGER,

    Petitioner,

v.

LARRY REID, et al.,

    Respondents.
_____

**ORDER**
_____

This 28 U.S.C. § 2254 Petition is before me on the recommendation by the Magistrate Judge that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (Doc 2) be denied and the action dismissed with prejudice.

Petitioner has filed timely specific objections to the recommendation. I have therefore reviewed the recommendation *de novo* in light of the objections to it and the file and record in this case. On *de novo* review, I find and conclude that the Magistrate Judge's thorough and comprehensive analysis and recommendation are correct. Accordingly

IT IS ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (Doc 2) is DENIED and the above captioned matter is DISMISSED WITH PREJUDICE.

                                            BY THE COURT:

                                             s/Lewis T. Babcock
                                             Lewis T. Babcock, Judge

DATED: February 25, 2008