**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 04-cv-01010-LTB-MJW

JOHN RAY SWIGER,

    Petitioner,

v.

LARRY REID, et al.,

    Respondents.

_____

**ORDER**
_____

    Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is therefore

    ORDERED that the Clerk shall return the State Court Record.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED: August 28, 2008